EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Grace Torres Sepúlveda | 2004 TSPR 212 <br><br> 163 DPR ＿＿＿ |

Número del Caso: TS-9894


Fecha: 31 de diciembre de 2004


Oficina de Inspección de Notarías:

        Lcda. Carmen H. Carlos
        Directora

 Abogada de la Parte Peticionaria:

        Lcda. Esther Leyra-Benítez



Materia: Solicitud de Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


In re:



Grace Torres Sepúlveda                    TS-9894




                              RESOLUCION


San Juan, Puerto Rico, a 31 de diciembre de 2004.


        Examinada la moción en cumplimiento de orden presentada por la Oficina de Inspección de Notarías de 4 de octubre de 2004, se autoriza la reinstalación de la peticionaria al ejercicio sólo de la abogacía. Queda pendiente la reinstalación al ejercicio de la notaría.

        Publíquese.

        Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados señores Rebollo López y Rivera Pérez y la Juez Asociada señora Fiol Matta no intervinieron.




                         Aida Ileana Oquendo Graulau
                         Secretaria del Tribunal Supremo